NEW YORK,<br>October, 1816,<br><br>GREEN<br>v.<br>ANGEL.

Judgment for the defendant.

—————❋————

.GREEN *against* ANGEL.

IN ERROR, on *certiorari* to a justice's court.

In the course of the trial in the court below, while the defendant in error, who was also defendant in the court below, was proceeding with his testimony to substantiate his plea of set-off, the justice decided, that in order to sustain his plea, it was necessary for him to show a judgment and execution before another justice. The defendant then requested a delay in the trial, until he could go 12 miles to procure the evidence required. To this the plaintiff objected, but the justice said that he would keep the court open, and allow the defendant 20 hours to go and obtain the testimony. At the time appointed for resuming the trial, the plaintiff did not appear, but the justice proceeded *ex parte*, and heard the defendant's proof of set-off, and rendered judgment, for a balance, in favour of the defendant.

Where a justice, in a cause before him, suspended the trial, after it had been commenced, for 20 hours, in order to allow one of the parties to produce further proof, it was held an abuse of discretion, and a sufficient ground for reversing the judgment.
Where the trial of a cause before a justice has, after being commenced, been suspended for a time, and when resumed the plaintiff does not appear, it is a discontinuance, and the justice cannot proceed with the trial.

*Per Curiam.* The judgment must be reversed, on two grounds : 1. It was an abuse of discretion in the justice to allow such an

NEWYORK,
October, 1816.

unreasonable time for the defendant to go abroad for evidence during the trial. 2. The non-appearance of the plaintiff, when the trial was resumed, was a discontinuance of the suit, and the justice had no right to proceed any further.

Judgment reversed.